UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 20-06636 |
| | ) | |
| Gold Coast Partners, LLC, | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | Judge Timothy A. Barnes |
| | ) | |

## ORDER SETTING SUBCHAPTER V STATUS CONFERENCE AND DEADLINES FOR FILING OF PLAN, CLAIMS AND ELECTIONS UNDER 11 U.S.C. §1111(b)

Gold Coast Partners, LLC, (the "Debtor") has elected to proceed with this case under subchapter V of chapter 11 of title 11 of the United States Code;

IT IS HEREBY ORDERED:

1.     Status Conference.  The court will hold the status conference required by 11 U.S.C. § 1188(a) on Tuesday, April 28, 2020, at 10:30 AM at the United States Bankruptcy Court, Courtroom 744, 219 S. Dearborn Street, Chicago, IL 60604.  The Debtor, counsel for the Debtor, and the subchapter V trustee assigned to this case must appear in person at the status conference.

2.     Section 1188(c) Report.  On or before Tuesday, April 14, 2020, the Debtor must file the report required by 11 U.S.C. § 1188(c), and serve that report on the subchapter V trustee assigned to this case, the United States Trustee and all creditors and other parties in interest.  The Debtor must file proof of service on the docket before the status conference.

3.     Deadline to File a Plan.  Pursuant to 11 U.S.C. § 1189(d), the Debtor must file a chapter 11 plan on or before Monday, June 8, 2020.

4.     Deadline to File Claims.  Entities other than governmental units must file proofs of claim or interest on or before Monday, May 18, 2020.

5.     Deadline for 1111(b) Election.  Secured creditors wishing to make an election under 11 U.S.C. § 1111(b) must do so on or before Monday, June 22, 2020.

6.    Service.  The clerk of the court is directed to serve directly or through the Bankruptcy Noticing Center a copy of this order on the Debtor, the United States Trustee, all creditors and all other parties in interest and to file a certificate of service as required by Rule 7016-1 of the Local Rules of the United States Bankruptcy Court for the Northern District of Illinois.

Dated: March 11, 2020                                    ENTERED:

                                                         Timothy A. Barnes
                                                         United States Bankruptcy Judge